UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 17-54184

AMBER NICHELLE ESTER,                           Chapter 7

        Debtor.                              Judge Thomas J. Tucker
_____/

# ORDER GRANTING DEBTOR'S APPLICATION TO WAIVE THE CHAPTER 7 FILING FEE

      This case is before the Court on the Debtor's Application to Waive the Chapter 7 Filing Fee, filed October 10, 2017 (Docket # 3). Upon review of the Application the Court finds (1) that Debtor has income less than 150 percent of the income official poverty line (as defined by the Office of Management and Budget, and revised annually in accordance with section 673(2) of the Omnibus Budget Reconciliation Act of 1981) applicable to a family of the size involved; and (2) that Debtor is unable to pay that fee in installments. 28 U.S.C. § 1930(f)(1).

      IT IS ORDERED that Debtor's Application to Waive the Chapter 7 Filing Fee (Docket # 3) is GRANTED.

      This Order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

**Signed on October 25, 2017**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**