UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Case No. 17-54184

AMBER NICHELLE ESTER,                  Chapter 7

                Debtor.                              Judge Thomas J. Tucker
_____/

## ORDER GRANTING DEBTOR'S APPLICATION TO WAIVE
## THE CHAPTER 7 FILING FEE

       This case is before the Court on the Debtor's Application to Waive the Chapter 7 Filing Fee, filed October 10, 2017 (Docket # 3). Upon review of the Application the Court finds (1) that Debtor has income less than 150 percent of the income official poverty line (as defined by the Office of Management and Budget, and revised annually in accordance with section 673(2) of the Omnibus Budget Reconciliation Act of 1981) applicable to a family of the size involved; and (2) that Debtor is unable to pay that fee in installments. 28 U.S.C. § 1930(f)(1).

       IT IS ORDERED that Debtor's Application to Waive the Chapter 7 Filing Fee (Docket # 3) is GRANTED.

       This Order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

**Signed on October 25, 2017**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                      Case No. 17-54184-tjt
Amber Nichelle Ester                                                        Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0645-2           User: tszuc                  Page 1 of 1                  Date Rcvd: Oct 25, 2017
                               Form ID: pdf01               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db             +Amber Nichelle Ester,    30161 Pine St.,    Inkster, MI 48141-2801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Joon H. Sung    on behalf of Debtor Amber Nichelle Ester jsung@lakeshorelegalaid.org
              K. Jin  Lim    kjinlimtrustee@gmail.com, MI13@ecfcbis.com
                                                                                             TOTAL: 2